UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SANQUA CUMMINGS,

       Petitioner,

v.

RANDEE REWERTS,

       Respondent.

_____/

Case No. 1:19-cv-878

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: January 7, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge