UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SANQUA CUMMINGS,

        Petitioner,               Case No. 1:19-cv-878

v.                                  Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  January 7, 2020                          /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge